**DISMISS and Opinion Filed December 4, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00723-CV**

## IN RE A PURPORTED LIEN OR CLAIM AGAINST SUNNOVA TE MANAGEMENT LLC

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-07000**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

On November 3, 2023, we sent a letter to the parties questioning our jurisdiction and directing appellant to file a motion to extend time to file the notice of appeal no later than November 13, 2023. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed the requested extension motion or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230723F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN RE A PURPORTED LIEN OR
CLAIM AGAINST SUNNOVA TE
MANAGEMENT LLC

No. 05-23-00723-CV

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-23-07000.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered December 4, 2023